IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY EUGENE WASHINGTON,

    Plaintiff,                                    No. CIV S-10-0408 KJM P

    vs.

SACRAMENTO COUNTY JAIL,

    Defendant.                                 <u>ORDER</u>

_____/

        Plaintiff is a county jail inmate proceeding pro se with a civil rights action. On April 6, 2010, plaintiff requested an extension of time to file an application to proceed in forma pauperis pursuant to the court's order of February 23, 2010. On March 26, 2010 plaintiff filed an application to proceed in forma pauperis.

        Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a). Accordingly, the request to proceed in forma pauperis will be granted.

        Plaintiff is required to pay the statutory filing fee of $350.00 for this action. 28 U.S.C. §§ 1914(a), 1915(b)(1). An initial partial filing fee of $20.00 will be assessed by this order. 28 U.S.C. § 1915(b)(1). By separate order, the court will direct the appropriate agency to collect the initial partial filing fee from plaintiff's trust account and forward it to the Clerk of the Court. Thereafter, plaintiff will be obligated for monthly payments of twenty percent of the

1

preceding month's income credited to plaintiff's prison trust account. These payments will be forwarded by the appropriate agency to the Clerk of the Court each time the amount in plaintiff's account exceeds $10.00, until the filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

Plaintiff has also filed a motion to file an amended complaint, adding additional defendants. The Federal Rules of Civil Procedure provide that a party may amend his or her pleading "once as a matter of course at any time before a responsive pleading is served." Fed. R. Civ. P. 15(a). No responsive pleading has been filed in this case so plaintiff may file an amended complaint without seeking leave of the court. An amended or supplemental complaint supersedes the original complaint. See Loux v. Rhay, 375 F.2d 55, 57 (9th Cir. 1967). Once an amended pleading is filed, the original pleading no longer serves any function in the case. Id.; see also E.D. Local Rule 220. Accordingly, plaintiff must submit a new complaint, complete in itself, rather than simply inform the court he wishes to add additional defendants to his original complaint

Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (Docket No. 9) is granted;

2. Plaintiff's application to proceed in forma pauperis (Docket No. 7) is deemed timely filed;

3. Plaintiff's request for leave to proceed in forma pauperis (Docket No. 7) is granted;

4. Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action. Plaintiff is assessed an initial partial filing fee of $20.00. All fees shall be collected and paid in accordance with this court's order to the Director of the California Department of Corrections and Rehabilitation filed concurrently herewith;

/////

/////

/////

5. Plaintiff's complaint is dismissed and he is given thirty days from the date of this order in which to file an amended complaint that complies with the Federal Rules of Civil Procedure and the Local Rules. This document should be labeled "amended complaint" and bear the number assigned to this action; and

6. The Clerk of the Court is directed to send plaintiff the form for a civil rights action by a prisoner.

DATED: April 15, 2010.

_____
U.S. MAGISTRATE JUDGE

2/mp; wash0408.36+