1
2
3
4
5
6
7
8          IN THE UNITED STATES DISTRICT COURT
9          FOR THE EASTERN DISTRICT OF CALIFORNIA
10 ANTHONY EUGENE WASHINGTON,
11          Plaintiff,                    No. CIV S 10-408 KJM P
12     vs.
13 SACRAMENTO COUNTY JAIL
   et al.,
14          Defendants.                   ORDER FOR PAYMENT
15 _____/              OF INMATE FILING FEE

16 To: The Sheriff of Sacramento County, Attention: Inmate Trust Account, 651 I Street,

17 Sacramento, California 95814:

18          Plaintiff, a county jail inmate proceeding pro se and in forma pauperis, is

19 obligated to pay the statutory filing fee of $350.00 for this action. Plaintiff has been assessed an

20 initial partial filing fee of $20.00 for this action pursuant to 28 U.S.C. § 1915(b)(1). Upon

21 payment of that initial partial filing fee, plaintiff will be obligated to make monthly payments in

22 the amount of twenty percent of the preceding month's income credited to plaintiff's trust

23 account. The Sheriff of Sacramento County is required to send to the Clerk of the Court

24 payments from plaintiff's account each time the amount in the account exceeds $10.00, until the

25 statutory filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

26

1   Good cause appearing therefore, IT IS HEREBY ORDERED that:

2   1. The Sheriff of Sacramento County or a designee shall collect from plaintiff's
3   prison trust account an initial partial filing fee in the amount of $20.00 and shall forward the
4   amount to the Clerk of the Court.  Said payment shall be clearly identified by the name and
5   number assigned to this action.

6   2. Thereafter the Sheriff of Sacramento County shall collect from plaintiff's
7   prison trust account the $330.00 balance of the filing fee by collecting monthly payments from
8   plaintiff's prison trust account in an amount equal to twenty percent (20%) of the preceding
9   month's income credited to the prisoner's trust account and forwarding payments to the Clerk of
10  the Court each time the amount in the account exceeds $10.00 in accordance with 28 U.S.C. §
11  1915(b)(2).  The payments shall be clearly identified by the name and number assigned to this
12  action.

13  3. The Clerk of the Court is directed to serve a copy of this order and a copy of
14  plaintiff's signed in forma pauperis affidavit on Sheriff of Sacramento County, Attention:
15  Inmate Trust Account, 651 I Street, Sacramento, California 95814.

16  4. The Clerk of the Court is directed to serve a copy of this order on the Financial
17  Department of the court.

18  DATED: April 15, 2010.

U.S. MAGISTRATE JUDGE

2
wash408.cdc