IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY EUGENE WASHINGTON,

    Plaintiff,                                            No. CIV S-10-0408 KJM P

  vs.

SACRAMENTO COUNTY JAIL,

    Defendant.                                            ORDER

_____/

       A recent court order was served on plaintiff's address of record and returned by the postal service. It appears that plaintiff has failed to comply with Local Rule 182(f), which requires that a party appearing in propria persona inform the court of any address change.

       Accordingly, IT IS HEREBY ORDERED that this action is dismissed for plaintiff's failure to keep the court apprised of his current address. See Local Rules 182(f) and 110.

DATED: May 14, 2010.

_____
U.S. MAGISTRATE JUDGE

2/kly
wash0408.33a

1