IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY E. WASHINGTON,

    Plaintiff,                       No. CIV S-10-0408 EFB (TEMP) P

    vs.

SACRAMENTO COUNTY JAIL, et al.,

    Defendants.             ORDER

_____/

        Plaintiff is a federal prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1) and is before the undersigned pursuant to plaintiff's consent. *See* 28 U.S.C. § 636; *see also* E.D. Cal. Local Rules, Appx. A, at (k)(4).

        On November 19, 2010, the court dismissed plaintiff's complaint with leave to amend. The dismissal order explained the complaint's deficiencies, gave plaintiff 30 days to file an amended complaint correcting those deficiencies, and warned plaintiff that failure to file an amended complaint may result in this action being dismissed.

        By orders filed January 12 and April 14, 2011, plaintiff was granted extensions of time in which to comply. The April 14 order granted plaintiff a final fourteen days in which to file the amended complaint.

1     The time for acting has passed and plaintiff has not filed an amended complaint or
2 otherwise responded to the court's order.
3     Accordingly, it is hereby ordered that this action is DISMISSED for failure to state a
4 claim.
5 Dated: May 17, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE